GARY M. RESTAINO
United States Attorney
District of Arizona
MARCUS SHAND
Assistant United States Attorney
Pennsylvania State Bar No. 323052
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Marcus.Shand@usdoj.gov
Attorneys for Plaintiff

FILED _____ LODGED
RECEIVED _____ COPY

MAR 1 9 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-24-00482-PHX-DWL (JZB) |
|---|---|
| Plaintiff, | |
| vs. | **INDICTMENT** |
| 1. Martin Eulalio Molina Lopez, and (Counts 1 and 2) | VIO: 18 U.S.C. § 933(a)(2) (Trafficking in Firearms) Count 1 |
| 2. Ana Tanairi Lara Perez, (Counts 1 and 2) | 18 U.S.C. §§ 922(g)(5)(B) and 924(a)(8) (Possession of a Firearm by an Alien Unlawfully Present in the United States) Count 2 |
| Defendants. | 18 U.S.C. §§ 924(d), 934 and 981; 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about February 24, 2024, in the District of Arizona, Defendants MARTIN EULALIO MOLINA LOPEZ and ANA TANAIRI LARA PEREZ did receive from another person firearms, to wit:

a. Aero Precision M-5 Multicaliber AR-15 Lower Receiver Serial Number (S/N): US327571;

b. Aero Precision M-5 Multicaliber AR-15 Lower Receiver S/N: US340551;

c. Spikes Tactical ST-15 Multicaliber AR-15 Lower Receiver S/N: VK000454;

d. Spikes Tactical ST-15 Multicaliber AR-15 Lower Receiver S/N: SRM004253;

e. Spikes Tactical ST-15 Multicaliber AR-15 Lower Receiver S/N: NSL181897;

f. Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 22128765;

g. Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 23109423;

h. Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 23109403;

i. Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 23108750;

j. Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 23109443;

k. Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 23109412;

l. Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 2319433;

m. Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 23109422;

n. Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 23109432;

o. Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 23109413; and

p. Pioneer Arms Corporation Hellpup AK-47 Style Pistol S/N: PAC1183727,

all in or otherwise affecting interstate or foreign commerce, while knowing or having reasonable cause to know his/her receipt would constitute a felony, to wit: Title 18, United States Code § 922(g)(5)(B), Possession of a Firearm by an Alien Unlawfully Present in the United States.

In violation of Title 18, United States Code, Section 933(a)(2).

## COUNT 2

On or about February 24, 2024, in the District of Arizona, Defendants MARTIN EULALIO MOLINA LOPEZ and ANA TANAIRI LARA PEREZ, knowing that he/she was an alien who had been admitted to the United States under a nonimmigrant visa and not falling into any permitted exceptions pursuant to 18 U.S.C. § 922(y)(2), did knowingly possess a firearm(s), to wit:

a.  Aero Precision M-5 Multicaliber AR-15 Lower Receiver Serial Number (S/N): US327571;

b.  Aero Precision M-5 Multicaliber AR-15 Lower Receiver S/N: US340551;

c.  Spikes Tactical ST-15 Multicaliber AR-15 Lower Receiver S/N: VK000454;

d.  Spikes Tactical ST-15 Multicaliber AR-15 Lower Receiver S/N: SRM004253;

e.  Spikes Tactical ST-15 Multicaliber AR-15 Lower Receiver S/N: NSL181897;

f.  Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 22128765;

g.  Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 23109423;

h.  Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 23109403;

i.  Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 23108750;

j.  Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 23109443;

k.  Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 23109412;

l.  Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 2319433;

m. Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N:

- 3 -

23109422;

n. Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 23109432;

o. Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 23109413; and

p. Pioneer Arms Corporation Hellpup AK-47 Style Pistol S/N PAC1183727,

all of which had previously been shipped or transported in interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(5)(B) and 924(a)(8).

## **FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 1 and 2 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d), 934, and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offense(s) alleged in Counts 1 and 2 of this Indictment, defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of the offense, and (b) any of defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property defendants are liable, including, but not limited to, the following property involved and used in the offense:

a. Aero Precision M-5 Multicaliber AR-15 Lower Receiver Serial Number (S/N): US327571;

b. Aero Precision M-5 Multicaliber AR-15 Lower Receiver S/N: US340551;

c. Spikes Tactical ST-15 Multicaliber AR-15 Lower Receiver S/N: VK000454;

d. Spikes Tactical ST-15 Multicaliber AR-15 Lower Receiver S/N: SRM004253;

e. Spikes Tactical ST-15 Multicaliber AR-15 Lower Receiver S/N: NSL181897;

f. Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 22128765;

g. Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 23109423;

h. Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 23109403;

i. Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 23108750;

j. Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 23109443;

k. Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 23109412;

l. Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 2319433;

m. Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 23109422;

n. Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 23109432;

o. Anderson Manufacturing AM-15 Multicaliber AR-15 Lower Receiver S/N: 23109413; and

p. Pioneer Arms Corporation Hellpup AK-47 Style Pistol S/N PAC1183727.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants

- 5 -

up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d), 934, and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

_/s/_____
FOREPERSON OF THE GRAND JURY
Date: March 19, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

_/s/_____
MARCUS SHAND
Assistant U.S. Attorney