Attachment A

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Receipt for Property and Other Items**

| Page __1__ of __2__ | Case/Inspection Number | Case/Inspection Title | Office |
|---|---|---|---|
| | 24-07795 | | Phoenix 1 |

Taken from: *(name, title, address, if appropriate)*
MARTIN EULALIO MOLINA LOPEZ
ANA TANAIRI LARA LOPEZ
SONORA, MX

Recipient: *(name, title, address, if appropriate)*

Location of Transfer or Seizure
PPD EVIDENCE IMPOUND LOT

Basis for Transfer or Seizure of Items:
Sw

| Amount or Quantity | Description of Item(s) |
|---|---|
| 16 | Amend 2 Mod 2 30 Round AR15/M4/M16 Magazines |
| 1 | Aero Precision m5 multi caliber S/N: US327571 |
| 1 | Aero Precision m5 multi caliber S/N: US340551 |
| 1 | Spikes Tactical ST-15 multi caliber S/N: VK000454 |
| 1 | Spikes Tactical ST-15 multi caliber S/N: SRm004253 |
| 1 | Spikes Tactical ST-15 multi-caliber S/N: NSL181897 |
| 1 | Anderson manufacturing Am-15 multi-caliber S/N: 2212 8765 |
| 6 | Stock Kits w/ Buffer Tube |
| 9 | Stock Kits w/o Buffer Tube |
| 2 | Pistol Buffer Tube Kits |
| 12 | Durkin Tactical Upper Builder Kits |
| 4 | Complete 10.5" Barrel & Upper Receivers |
| 2 | Anderson Lower Parts Kits w/ Trigger Groups |
| 2 | Pistol Brace Stocks w Buffer Tubes |
| 1 | Anderson Man. Complete Lower / SN 213 22404 |
| 1 | Palmetto State Armory PA-15 Complete Lower / SN LW116477 |
| 1 | Anderson Am-15 Lower / SN 23109423 |
| 1 | " / SN 23109403 |

I hereby acknowledge receipt of the above item(s) into my custody.

| Received by: *(signature)* | | Date |
|---|---|---|
| | | |

| Transferred by: *(signature, if appropriate)* | Date | Witnessed by: *(signature)* | Date |
|---|---|---|---|
| | | | |

ATF E-Form 3400.23
Revised March 2005

MolinaLopez014

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

| Page 2 of 2 | Case/Inspection Number | Case/Inspection Title | Office |
|---|---|---|---|

| Taken from: *(name, title, address, if appropriate)* | Recipient: *(name, title, address, if appropriate)* |
|---|---|

| Location of Transfer or Seizure | Basis for Transfer or Seizure of Items: |
|---|---|

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | ANDERSON AM-15 LOWER RECEIVER / SN 23108750 |
| 1 | " / SN 23109443 |
| 1 | " / SN 23109412 |
| 1 | " / SN 23109433 |
| 1 | " / SN 23109422 |
| 1 | " / SN 23109432 |
| 1 | " / SN 23109413 |
| 1 | CASTLENUT ARMORER'S WRENCH |
| 1 | PIONEER ARMS CORP HELLPUP PISTOL / SN PAC1183727 |
| 1 | SILVER IPHONE BELONGING TO SUSPECT MOLINA |
| 1 | WHITE IPHONE w/ PINK BUTTERFLY CASE BELONGING TO LARA PEREZ |

I hereby acknowledge receipt of the above item(s) into my custody.

| Received by: *(signature)* | | Date |
|---|---|---|

| Transferred by: *(signature, if appropriate)* | Date | Witnessed by: *(signature)* | Date |
|---|---|---|---|