Attachment B

U.S. Department of Justice Case 2:24-cr-00482-SHD   Document 52-2   Filed 05/12/25   Page 2 of 3
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

████████████████████████████████████

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| | 24-07795 | 5 |

## SUMMARY OF EVENT:

On Saturday 24, 2024, at approximately 1731 hours, Special Agents (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) were investigating individuals suspected of Firearms Trafficking.

## NARRATIVE:

1. SAs were conducting surveillance on Martin MOLINA-LOPEZ and his associates while they were visiting the Crossroads of the West gun show at the Arizona State Fairgrounds (1826 W McDowell Rd, Phoenix, AZ 85007).  MOLINA-LOPEZ was driving a 2021 Chevrolet Silverado, Sonora tag ████████. At approximately 1710 hours, MOLINA-LOPEZ, a female, later identified as his wife Ana LARA-PEREZ, and two juveniles entered the truck and departed the fairgrounds.

2. The vehicle traveled East on McDowell Rd, South on 7th Ave, East on Interstate 10, East on the AZ 202, and the exited via exit 3 onto Eastbound Washington ST. SA Gremaud conducted a traffic stop at 4600 E utilizing emergency lights and siren.  Washington ST. SAs Gallo and Webster assisted. All agents present were wearing agency issued gear identifying them as law enforcement.

3. After stopping, MOLINA-LOPEZ exited the driver seat of the truck and walked back to SA Gremaud.  SA Gremaud conducted a safety pat down and MOLINA-LOPEZ was seated on the curb behind SAs Gremaud's government owned vehicle.

4. SA Gallo contacted Ana LARA-PEREZ in the front passenger seat she was asked to exit the vehicle and step to the side. SA Barrerra conducted a safety pat down of LARA-PEREZ.  Sitting in between MOLINA-LOPEZ and LARA-PEREZ were their juvenile children.  SA Gallo assisted the juveniles out of the vehicle and escorted them to their mother.

5. A security sweep of the vehicle revealed no threats.

6. It was decided to transport MOLINA-LOPEZ, LARA-PEREZ and their children to the Phoenix Police Headquarters ( 620 W Washington St, Phoenix, AZ 85003) to conduct interviews.  SA Gremaud and Webster transported MOLINA-LOPEZ. LARA-PEREZ and the children were transported by a Phoenix Police unit.  The truck was towed to the Phoenix Police crime laboratory and evidence processing facility (621 W Washington St, Phoenix, AZ 85003).

7. Upon arrival at the police station, all parties were escorted the Violent Crime Bureau on the second floor.  MOLINA-LOPEZ was escorted to interview room 1.  LARA-PEREZ and her children were escorted to the family interview room.

8. SAs Barrerra and Farley conducted interviews of MOLINA-LOPEZ and LARA-PEREZ.

9. Following the conclusion of the interviews, MOLINA-LOPEZ and LARA-PEREZ were transported to the Core Civic detention facility in Florence Az. The children were turned over to Arizona Children Services.

| Prepared by: | Title: | Signature: | Date: |
|---|---|---|---|
| Anthony Gremaud | SA | *Gremaud* | 03/01/2024 |

| Authorized by: | Title: | Signature: | Date: |
|---|---|---|---|
| Jason Schmidt | GS | *Jason Schmidt* | 03/01/2024 |

| Second Level Reviewer (optional): | Title: | Signature: | Date: |
|---|---|---|---|
| | | | |

MolinaLopez011
ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| | 24-07795 | 5 |

MolinaLopez2012
ATF EF 3120.2 (10-2004)
For Official Use Only