Attachment C

  

7. Several pictures and videos of S1 and S2 were obtained while they were loading items into the Chevrolet Silverado. Those pictures and videos were seized as evidence.

8. S1 and S2 left the Chevrolet Silverado once they placed the items inside the Silverado. S1 and S2 walked back inside the gun show.

9. On 02/24/2024, S1 and S2 walked back towards the parking lot. S1 and S2 moved the Silverado northeast in the parking lot and parked next to a silver Chevrolet Tahoe bearing AZ LP #WLA0SS. The Tahoe had four unknown male subjects standing around it. The Tahoe also had several green boxes (Consistent with the Durkin upper kits) and two tan boxes positioned on the hood. Outside surveillance personnel witnessed the unknown four males carry the boxes to the Tahoe from inside the gun show.

10. SA Webster observed S1 and S2 exit the Silverado and meet with the subjects around the Tahoe. S1 and S2 loaded the tan and green boxes into the backseat of the Silverado. SA Webster observed what appeared to be money exchanging hands between S1 and the unknown subjects while standing around the Tahoe.

MolinaLopez048
ATF EF 3120.2 (10-2004)
For Official Use Only



11. HSI SA Stephens took the following photos of what appeared to be US currency change hands between S1 and the subjects surrounding the tan Yukon.

MolinaLopez049
ATF EF 3120.2 (10-2004)
For Official Use Only





MolinaLopez050
ATF EF 3120.2 (10-2004)
For Official Use Only



02.24.2024

12. Additional photos and videos were obtained during the above meeting with the Chevrolet Tahoe. Those photos and videos were seized as evidence.

13. At approximately 1730 hours, the four unknown subjects entered the Chevrolet Tahoe and exited the parking lotS1 and S2 entered the Chevrolet Silverado and exited the parking lot. All          boxes that were near the Chevrolet Tahoe were inside the Chevrolet Silverado with S1 and S2.

14. Please refer to additional ROI's for ensuing traffic stop of the Chevrolet Silverado and arrest of S1 and S2.

MolinaLopez051
ATF EF 3120.2 (10-2004)
For Official Use Only