Attachment D

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| | 24-07795 | 7 |

## SUMMARY OF EVENT:

On 02/26/2024 TFO BARCIZ examined the items seized from the Chevy Silverado to gather information on how many complete firearms were able to be assembled from the parts.

## NARRATIVE:

On 02/26/2024 TFO BARCIZ examined the items seized from the Chevy Silverado to gather information on how many complete firearms were able to be assembled from the parts.

TFO BARCIZ noted the following AR15 build kits which were purchased from Durkin Tactical. There were twelve 10.5 inch "AR-15 pistol build kits." TFO BARCIZ opened each kit to verify the contents. In the kits were all parts to assemble a complete AR15 pistol with the exception of a stripped lower receiver. TFO BARCIZ noted that one box was missing a Bolt Carrier Group. TFO BARCIZ believes this was likely done on accident by the seller.

TFO BARCIZ noted that there were also four AR15 10 inch complete upper assembles recovered. TFO BARCIZ noted there were 2 lower parts kits with trigger groups included. In total TFO BARCIZ counted 9 stripped Andersen lower receivers. These were purchased at the gun show by Kevin ESPINOZA DUARTE and provided to MOLINA. Also recovered were 4 other stripped AR15 lower receivers and two complete AR15 Lower Receivers. Please refer to the property impounded for the serial numbers, makes and models.

TFO BARCIZ has been trained in operating and maintaining AR15s for many years as a sworn police officer. TFO BARCIZ has also built several AR15 rifles from parts kits as a gun hobbyist. TFO BARCIZ noted an AR15 armor wrench was also recovered from the truck. Assembling AR15 pistols or rifles from the parts found in the truck is possible with basic hand tools and the wrench purchased at the gun show. In total TFO BARCIZ observed components present seized from the truck capable of assembling at least 15 complete AR15 pistols. This number would be 16 had not Durkin Tactical omitted a bolt carrier group in one of the kits.

TFO BARCIZ also noted there were numerous rifle stocks and buffer tubes. These components would make it easy for the person assembling the firearms to convert them to short barreled rifles.

All items examined were retained in ATF custody.

| Prepared by: | Title: | Signature: | Date: |
|---|---|---|---|
| Andrew Barciz | TFO | | 03/12/2024 |
| Authorized by: | Title: | Signature: | Date: |
| Jason Schmidt | GS | | 03/13/2024 |
| Second Level Reviewer (optional): | Title: | Signature: | Date: |
| | | | |

MolinaLopez052
ATF EF 3120.2 (10-2004)
For Official Use Only